**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Timothy**<br>First name<br><br>**M**<br>Middle name<br><br>**Roewe**<br>Last name and Suffix (Sr., Jr., II, III) | **Lona**<br>First name<br><br>**S**<br>Middle name<br><br>**Roewe**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4108 | xxx-xx-6152 |

Debtor 1    **Timothy M Roewe**

Debtor 2    **Lona S Roewe**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br><br>**DBA  DAC, Inc.**<br>**DBA  TMR, LLC**<br>**FDBA  Niangua Falls Resort, LLC**<br>**DBA  Roewe, LLC**<br>Business name(s)<br><br>**43-1637378**<br>**46-4365411**<br>**47-2595296**<br>EINs | ■ I have not used any business name or EINs.<br><br><br>Business name(s)<br><br><br>EINs |
| **5. Where you live** | **7588 Bluff Road**<br>**Washington, MO 63090**<br>Number, Street, City, State & ZIP Code<br><br>**Franklin**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>**P.O. Box 1045**<br>**Washington, MO 63090**<br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br><br>Number, Street, City, State & ZIP Code<br><br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

| Debtor 1 | **Timothy M Roewe** |
|---|---|
| Debtor 2 | **Lona S Roewe** |

Case number (if known) _____

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
☑ Yes.

| Debtor | **Roewe, LLC** | | | Relationship to you | **Business** |
|---|---|---|---|---|---|
| District | **Western** | When | **10/19/17** | Case number, if known | **14-21006-DRD7** |
| Debtor | **TMR, LLC** | | | Relationship to you | **Business** |
| District | **Eastern** | When | **8/29/17** | Case number, if known | **17-45907** |

---

**11. Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

| Debtor 1 | **Timothy M Roewe** |
|----------|---------------------|
| Debtor 2 | **Lona S Roewe** |

Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or Part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____

Name of business, if any

_____

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes. What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

---

Debtor 1    **Timothy M Roewe**
Debtor 2    **Lona S Roewe**

Case number *(if known)* _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Timothy M Roewe**

Debtor 2    **Lona S Roewe**

Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

**17.** Are you filing under Chapter 7?

☒ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Timothy M Roewe | /s/ Lona S Roewe |
|---|---|
| **Timothy M Roewe** | **Lona S Roewe** |
| Signature of Debtor 1 | Signature of Debtor 2 |

Executed on    **October 30, 2017**
MM / DD / YYYY

Executed on    **October 30, 2017**
MM / DD / YYYY

Debtor 1   **Timothy M Roewe**

Debtor 2   **Lona S Roewe**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ David M. Dare**

Signature of Attorney for Debtor

Date   **October 30, 2017**

MM / DD / YYYY

**David M. Dare**

Printed name

**Herren, Dare & Streett**

Firm name

**439 S. Kirkwood Road, Suite 204**
**St. Louis, MO 63122**

Number, Street, City, State & ZIP Code

Contact phone   **314-965-3373**

Email address   **hdsstl@hdsstl.com**

**2935**

Bar number & State

Certificate Number: 13858-MOE-CC-030096519



13858-MOE-CC-030096519

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 30, 2017, at 10:38 o'clock AM CDT, Lona Roewe received from MoneySharp Credit Counseling Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Missouri, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:    October 30, 2017          By:    /s/Edward Sanchez

                                  Name:   Edward Sanchez

                                  Title:   President

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 13858-MOE-CC-030096518



13858-MOE-CC-030096518

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 30, 2017, at 10:38 o'clock AM CDT, Timothy Roewe received from MoneySharp Credit Counseling Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Missouri, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   October 30, 2017                    By:    /s/Edward Sanchez

                                            Name:  Edward Sanchez

                                            Title: President

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Timothy M Roewe** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lona S Roewe** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | | **Unsecured claim** |
|---|---|---|---|

**1** American Airlines
P.O. Box 60517
City of Industry, CA 91716-0517

What is the nature of the claim? **Credit Card** $ **$40,859.34**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

Contact

_____

Contact phone

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
    Value of security:  - $ _____
    Unsecured claim  $ _____

**2** Bank of America
P.O. Box 15019
Wilmington, DE 19850

What is the nature of the claim? **Credit Card** $ **$63,982.71**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

Contact

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
    Value of security:  - $ _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Timothy M Roewe**

Debtor 2    **Lona S Roewe**

Case number *(if known)* _____

Contact phone _____    Unsecured claim    $ _____

---

| **3** | **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-1001** | What is the nature of the claim? | AMEX Credit Card | $ **$63,300.00** |

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| **4** | **Bank of America**<br>**P.O. Box 15220**<br>**DE 19986** | What is the nature of the claim? | RV | $ **$21,566.00** |

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$111,566.00**
    Value of security:    - $ **$90,000.00**
    Unsecured claim    $ **$21,566.00**

Contact _____

Contact phone _____

---

| **5** | **Bank of Versailles**<br>**113 E. Newton Street**<br>**Versailles, MO 65084** | What is the nature of the claim? | 411 Hidden Drive-Roewe, LLC | $ **$750,000.00** |

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| **6** | **Bank of Versailles**<br>**113 E. Newton Street**<br>**Versailles, MO 65084** | What is the nature of the claim? | 411 Hidden Drive-Roewe, LLC | $ **$740,000.00** |

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Timothy M Roewe**
Debtor 2    **Lona S Roewe**                    Case number *(if known)*

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

_____

■ No
Contact                    ☐ Yes. Total claim (secured and unsecured)    $ _____
_____                         Value of security:    - $ _____
Contact phone                              Unsecured claim    $ _____

---

| 7 | | What is the nature of the claim? | **199 Wharf Place- Rest-Roewe, LLC** | $ **$1,473,521.00** |

**Central Bank of the Ozarks**
**3848 Osage Pkwy**
**Osage Beach, MO 65065**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

_____

■ No
Contact                    ☐ Yes. Total claim (secured and unsecured)    $ _____
_____                         Value of security:    - $ _____
Contact phone                              Unsecured claim    $ _____

---

| 8 | | What is the nature of the claim? | **Credit Card** | $ **$30,000.00** |

**Chase Ink- DAC**
**P.O. Box 94014**
**Palatine, IL 60094-4014**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

_____

■ No
Contact                    ☐ Yes. Total claim (secured and unsecured)    $ _____
_____                         Value of security:    - $ _____
Contact phone                              Unsecured claim    $ _____

---

| 9 | | What is the nature of the claim? | **Credit Card** | $ **$16,412.00** |

**Citi Double**
**P.O. Box 78045**
**Phoenix, AZ 85062-8045**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

_____

■ No
Contact                    ☐ Yes. Total claim (secured and unsecured)    $ _____
_____                         Value of security:    - $ _____
Contact phone                              Unsecured claim    $ _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Timothy M Roewe**
Debtor 2    **Lona S Roewe**                                          Case number *(if known)*

---

| **10** | | | |
|---|---|---|---|
| | **First State Comm. Bank**<br>**P.O. Box 1067**<br>**Washington, MO 63090** | What is the nature of the claim? | **DAC**    $ **$580,000.00** |

What is the nature of the claim?     **DAC**     $ **$580,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?

☑ No

Contact

☐ Yes. Total claim (secured and unsecured)     $ _____

Contact phone     Value of security:     - $ _____

Unsecured claim     $ _____

---

**11**

**Franklin County Collectors**
**400 E. Locust Street**
**Room 103**
**Union, MO 63084**

What is the nature of the claim?     **Property Tax**     $ **$22,579.24**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?

☑ No

Contact

☐ Yes. Total claim (secured and unsecured)     $ _____

Contact phone     Value of security:     - $ _____

Unsecured claim     $ _____

---

**12**

**Itria Ventures LLC**
**1000 N. West Street**
**1200**
**Wilmington, DE 19801**

What is the nature of the claim?     **DAC Personal**
**Guarantee**     $ **$540,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?

☑ No

Contact

☐ Yes. Total claim (secured and unsecured)     $ _____

Contact phone     Value of security:     - $ _____

Unsecured claim     $ _____

---

**13**

**Jerry Pam Brink**
**11069 Chateau Chum Drive**
**Saint Louis, MO 63128**

What is the nature of the claim?     **199 Wharf Place- Rest-**
**Roewe, LLC Personal**
**Guarantee**     $ **$280,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Timothy M Roewe**

Debtor 2    **Lona S Roewe**                                    Case number *(if known)* _____

■  None of the above apply

**Does the creditor have a lien on your property?**

■  No

☐  Yes. Total claim (secured and unsecured)    $ _____

       Value of security:    - $ _____

       Unsecured claim    $ _____

Contact

Contact phone

---

| 14 | **Melvin Roewe** | What is the nature of the claim? | **Personal Loan** | $ **$199,542.00** |

**Melvin Roewe**
**P.O. Box 246**
**Washington, MO 63090**

**As of the date you file, the claim is:** Check all that apply

☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No

☐  Yes. Total claim (secured and unsecured)    $ _____

       Value of security:    - $ _____

       Unsecured claim    $ _____

Contact

Contact phone

---

| 15 | **New Frontier Bank** | What is the nature of the claim? | **DAC** | $ **$400,000.00** |

**New Frontier Bank**
**1771 Zumbehl Road**
**Saint Charles, MO 63303**

**As of the date you file, the claim is:** Check all that apply

☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No

☐  Yes. Total claim (secured and unsecured)    $ _____

       Value of security:    - $ _____

       Unsecured claim    $ _____

Contact

Contact phone

---

| 16 | **New Frontier Bank** | What is the nature of the claim? | **TMR, LLC** | $ **$4,000,000.00** |

**New Frontier Bank**
**1771 Zumbehl Road**
**Saint Charles, MO 63303**

**As of the date you file, the claim is:** Check all that apply

☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No

☐  Yes. Total claim (secured and unsecured)    $ _____

       Value of security:    - $ _____

       Unsecured claim    $ _____

Contact

Contact phone

---

| 17 | | What is the nature of the claim? | **DAC** | $ **$75,000.00** |

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Timothy M Roewe**
Debtor 2   **Lona S Roewe**                  Case number *(if known)*

---

**New Frontier Bank**
**1771 Zumbehl Road**
**Saint Charles, MO 63303**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

Contact                                   Value of security:    - $ _____

Contact phone                                 Unsecured claim    $ _____

---

**18**                What is the nature of the claim?    **411 Hidden Drive-**    $ **$148,000.00**
                                              **Land- Roewe, LLC**

**Remi Wrona**
**3189 Kearns Corner**
**The Villages, FL 32162**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

Contact                                   Value of security:    - $ _____

Contact phone                                 Unsecured claim    $ _____

---

**19**                What is the nature of the claim?    **Student Loan**    $ **$19,225.91**

**Sallie Mae**
**P.O. Box 3319**
**Wilmington, DE 19804-4319**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

Contact                                   Value of security:    - $ _____

Contact phone                                 Unsecured claim    $ _____

---

**20**                What is the nature of the claim?    **Credit Card**    $ **$22,000.00**

**The Home Depot**
**P.O. Box 790328**
**Saint Louis, MO 63179**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 | **Timothy M Roewe** | Case number *(if known)* | |
| Debtor 2 | **Lona S Roewe** | | |

| Contact | ☐ Yes. Total claim (secured and unsecured) | $ |
| | Value of security: | - $ |
| Contact phone | Unsecured claim | $ |

---

**Part 2:**    **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Timothy M Roewe**                                    X  **/s/ Lona S Roewe**

   **Timothy M Roewe**                                             **Lona S Roewe**
   Signature of Debtor 1                                           Signature of Debtor 2


Date   **October 30, 2017**                          Date   **October 30, 2017**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    **Timothy M Roewe**

Debtor 2    **Lona S Roewe**
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of Missouri

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income
12/15

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

**Part 1:**    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married**. Fill out Column A, lines 2-11.

    ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | $   0.00 | $   600.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | $   0.00 | $   0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | $   0.00 | $   0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | | |
| Net monthly income from a business, profession, or farm $ | | 0.00 | **Copy here ->** $   0.00 | $   0.00 | |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 22,166.00 | | | |
| Ordinary and necessary operating expenses | -$ | 6,000.00 | | | |
| Net monthly income from rental or other real property | $ | 16,166.00 | **Copy here ->** $   16,166.00 | $   0.00 | |

Debtor 1 **Timothy M Roewe**
Debtor 2 **Lona S Roewe**

Case number (*if known*)

| | Column A<br>**Debtor 1** | Column B<br>**Debtor 2** |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| | | |
|---|---|---|
| For you | $ | 0.00 |
| For your spouse | $ | 0.00 |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

$ 0.00 $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.

If necessary, list other sources on a separate page and put the total below.

| | Column A | Column B |
|---|---|---|
| | $ | $ |
| | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. + | $ 0.00 | $ 0.00 |

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ 16,166.00 + $ 600.00 = $ 16,766.00

Debtor 1   **Timothy M Roewe**
Debtor 2   **Lona S Roewe**                                    Case number (*if known*) _____

---

**Part 2:**   **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ Timothy M Roewe**                    **X** **/s/ Lona S Roewe**
**Timothy M Roewe**                              **Lona S Roewe**
Signature of Debtor 1                            Signature of Debtor 2

Date  **October 30, 2017**                       Date  **October 30, 2017**
MM / DD  / YYYY                                   MM / DD  / YYYY

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **Timothy M Roewe**
**Lona S Roewe**

Case No.

Debtor(s)  Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   For legal services, I have agreed to accept ................................................ $ _____

   Prior to the filing of this statement I have received ....................................... $ _____

   Balance Due ......................................................................................... $ _____

   ☑ **RETAINER**

   For legal services, I have agreed to accept and received a retainer of ............... $ **18,283.00**

   The undersigned shall bill against the retainer at an hourly rate of ................... $ **300.00**
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. $ __1,717.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor   ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
      **a.Analysis of the debtors' financial situation, and rendering advice to the debtors in determining whether to file a petition in bankruptcy; b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required; c. Representation of the debtors at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof. Adversary proceedings and discharge complaints. Formulation and confirmation of plan, etc.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re     **Timothy M Roewe**
          **Lona S Roewe**                                             Case No. _____
_____
                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

| |
|---|
| **CERTIFICATION**<br><br>     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>**October 30, 2017**  _____          /s/ David M. Dare  _____<br>*Date*                                                                       **David M. Dare 2935**<br>                                                                                 *Signature of Attorney*<br>                                                                                 **Herren, Dare & Streett**<br>                                                                                 **439 S. Kirkwood Road, Suite 204**<br>                                                                                 **St. Louis, MO 63122**<br>                                                                                 **314-965-3373   Fax: 314-965-2225**<br>                                                                                 **hdsstl@hdsstl.com**<br>                                                                                 *Name of law firm* |

# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Timothy M Roewe**
       **Lona S Roewe**

Debtor(s)

Case No.

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __4__ page(s) and is true, correct and complete.

**/s/ Timothy M Roewe**
**Timothy M Roewe**
Debtor

**/s/ Lona S Roewe**
**Lona S Roewe**
Joint Debtor

Dated:    **October 30, 2017**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Amazon
P.O. Box 960013
Orlando, FL 32896-0013

American Airlines
P.O. Box 60517
City of Industry, CA 91716-0517

American Express Optima
P.O. Box 6985
Buffalo, NY 14240

Bank of America
11802 Ridge Pkwy
Ste 100
Broomfield, CO 80021

Bank of America
P.O. Box 650225
Dallas, TX 75262-0225

Bank of America
P.O. Box 15019
Wilmington, DE 19850

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Bank of America
P.O. Box 15796
Wilmington, DE 19886-5796

Bank of America
P.O. Box 15220
DE 19986

Bank of Franklin Co- SBA
5988 Mid Rivers Mall Drive
Saint Charles, MO 63304

Bank of Franklin Co.
900 E. Street
Washington, MO 63090

Bank of Franklin Co.
900 E. Street
Washington, MO 63090

Bank of Versailles
113 E. Newton Street
Versailles, MO 65084

Bank of Versailles
113 E. Newton Street
Versailles, MO 65084

Bank of Washington
200 W. Main Street
Washington, MO 63090

Bank of Washington
200 W. Main Street
Washington, MO 63090

Bank of Washington
200 W. Main Street
Washington, MO 63090

Camden County Collector
1 Court Circle
Ste 4
Camdenton, MO 65020

Capitol One
P.O. Box 9600 Carol Stream
Carol Stream, IL 60128-1960

Capitol One
P.O. Box 9600 Carol Stream
Carol Stream, IL 60128-1960

Capitol One
P.O. Box 6492
Carol Stream, IL 60197-6492

Cave Springs Sports
27501 Couttney Pl LN
Warrenton, MO 63383

Central Bank of the Ozarks
3848 Osage Pkwy
Osage Beach, MO 65065

Chase
P.O. Box 94014
Palatine, IL 60094-4014

Chase
P.O. Box 94014
Palatine, IL 60094-4014

Chase Ink- DAC
P.O. Box 94014
Palatine, IL 60094-4014

```
Citi Double
P.O. Box 78045
Phoenix, AZ 85062-8045

First Community Credit Union
17151 Chesterfield Airport Road
Chesterfield, MO 63005

First State Comm. Bank
P.O. Box 1067
Washington, MO 63090

First Tennessee
P. O. Box 2381
Memphis, TN 38101-2351

Franklin County Collectors
400 E. Locust Street
Room 103
Union, MO 63084

Franklin County Collectors
400 E. Locust Street
Room 103
Union, MO 63084

Franklin County Collectors
400 E. Locust Street
Room 103
Union, MO 63084

Heritage Bank
100 East Locust
Union, MO 63084

Itria Ventures LLC
1000 N. West Street
1200
Wilmington, DE 19801

JC Penney
P.O. Box 965009
Orlando, FL 32896

Jerry Pam Brink
11069 Chateau Chum Drive
Saint Louis, MO 63128

Key Bank
P.O. Box 94968
Cleveland, OH 44101-4968

Kohls
P.O. Box 2983
Milwaukee, WI 53201-2983
```

Lowes
P.O. Box 530914
Atlanta, GA 30353-0914

Macy's
P.O. Box 8066
Mason, OH 45040

Melvin Roewe
P.O. Box 246
Washington, MO 63090

New Frontier Bank
1771 Zumbehl Road
Saint Charles, MO 63303

New Frontier Bank
1771 Zumbehl Road
Saint Charles, MO 63303

New Frontier Bank
1771 Zumbehl Road
Saint Charles, MO 63303

PayPal
P.O. Box 965003
Orlando, FL 32896-5003

Remi Wrona
3189 Kearns Corner
The Villages, FL 32162

Sallie Mae
P.O. Box 3319
Wilmington, DE 19804-4319

Sallie Mae
P.O. Box 3319
Wilmington, DE 19804-4319

Synchrony- Care Credit
P.O. Box 965035
Orlando, FL 32896-5035

Target
P.O. Box 660170
Dallas, TX 75266

The Home Depot
P.O. Box 790328
Saint Louis, MO 63179