B26 (Official Form 26) (01/14)

# United States Bankruptcy Court
## Eastern District of Missouri

In re Timothy M. Roewe + Lona S. Roewe, Debtor

Case No. 17-47469

Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of 11/22/17 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| DAC, Inc. | 100% | |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

## THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Form B26- Rule 2015.3
Rev. 1/15/14

B26 (Official Form 26)– Cont.

Date: 1/19/18

_____
Signature of Authorized Individual

Timothy M. Roewe
Name of Authorized Individual

President
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

Lora Ann Roewe
Signature of Joint Debtor

Form B26- Rule 2015.3
Rev. 1/15/14

B26 (Official Form 26)– Cont.

## Exhibit A
### Valuation Estimate for [Name of Entity]

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

Value is $923,330.00 for our equipment and $521,000.00 for DAC's Autos for a total of $1,444,330.00. The equipment was appraised on June 26th & 27th 2014 and the report was completed on 8/1/14 from ATEC Appraisal. DAC's inventory was $1,365,763.74 on 11/1/17 with accounts receivable of $336,000.00. We had approximately $20,500.00 in our bank accounts for a total value of $3,166,593.74. Inventory is valued at cost. DAC owns 100% of all assets less bank's lending interest. Tim & Lona Roeder own 100% of DAC.

Form B26- Rule 2015.3
Rev. 1/15/14

## 2017 Consolidated Income Statement
January 1, 2017 through June 30, 2017

| CODE | DESCRIPTION | CONSOLIDATED | % SALES |
|---|---|---:|---:|
| | **SALES** | | |
| 40900 | Sales - Covers | 9,229.00 | 0.77% |
| 40920 | Sales - Magnets | 142,924.75 | 11.92% |
| 40930 | Sales - Map | - | 0.00% |
| 40940 | Sales - Memo Board | 138,845.75 | 11.58% |
| 40950 | Sales - Magnetic Pouch | - | 0.00% |
| 40955 | Sales - Economic Br | - | 0.00% |
| 40960 | Sales - Stuffer Charge | 948.75 | 0.08% |
| 40970 | Sales - Business Cards | - | 0.00% |
| 40987 | Sales - Sales Screen Crg | 939.50 | 0.08% |
| 40990 | Sales - Dist Products | 3,947.50 | 0.33% |
| 40999 | Sales - SMT | 34,323.46 | 2.86% |
| 41000 | Sales - WPG | 103,809.62 | 8.66% |
| 42000 | Sales - Hazel | 426,825.18 | 35.61% |
| 43000 | Sales - The Leather Source | 114,643.55 | 9.56% |
| 44000 | Sales - Laser Specialties | 121,766.92 | 10.16% |
| 45000 | Sales - Chapparal | 7,692.71 | 0.64% |
| 41600 | Sales - Bags | 37,713.04 | 3.15% |
| 41700 | Sales - AAFES | 22,345.16 | 1.86% |
| 41800 | Sales - Freight Out Billed | 46,437.25 | 3.87% |
| 41850 | Sales - Other | 939.77 | 0.08% |
| | **TOTAL SALES** | 1,213,331.88 | 101.22% |
| | **RETURNS** | | |
| 49000 | Cancelled Contract/ Refund | (3,437.28) | -0.29% |
| 49010 | Returns & Allowances | - | 0.00% |
| 49020 | Contract Credits | - | 0.00% |
| 49030 | Cash Sales Discount | (5,440.00) | -0.45% |
| 49035 | Coupon Discount | - | 0.00% |
| 49040 | Cash Discount. Non Approved | (2,294.00) | -0.19% |
| 49045 | Rebates | - | 0.00% |
| 49050 | Ad Layout Credit | (3,200.00) | -0.27% |
| 49060 | Customer Refunds /overpaid | (239.16) | -0.02% |
| | **TOTAL RETURNS** | (14,610.44) | -1.22% |
| | **TOTAL INCOME** | 1,198,721.45 | 100.00% |
| | **COST GOODS SOLD** | | |
| 51200 | Cost - Covers | 3,045.57 | 0.25% |
| 51220 | Cost - Magnets | 50,023.14 | 4.17% |
| 51240 | Cost - Maps | - | 0.00% |
| 51260 | Cost - Memo Boards | 64,897.20 | 5.41% |
| 51280 | Cost - Magnetic Pouch | - | 0.00% |
| 51300 | Cost - Economic Brochure | - | 0.00% |
| 51320 | Cost - Dist Products | 2,789.00 | 0.23% |
| 51340 | Cost - Other | - | 0.00% |
| 52000 | Cost - Printing | 1,243.75 | 0.10% |
| 51380 | Postage | 19,743.75 | 1.65% |
| 51400 | COGS - WPG | 36,333.37 | 3.03% |
| 51450 | COGS - Hazel | 169,589.22 | 14.15% |
| 51500 | COGS - Leather | 65,897.58 | 5.50% |
| 51550 | COGS - Laser | 42,618.42 | 3.56% |
| 51600 | COGS - Chapparal | 5,000.26 | 0.42% |
| 51601 | COGS - Bags | 28,284.78 | 2.36% |
| 51650 | COGS - SMT | 14,392.83 | 1.20% |
| 51700 | Inventory Variance | 17,152.20 | 1.43% |
| 51750 | Rebates | 5,143.95 | 0.43% |
| | **TOTAL COST GOODS SOLD** | 526,155.01 | 43.89% |
| | **Gross Profit** | 672,566.44 | 56.11% |

| | PRODUCTION COST | | |
|---|---|---:|---:|
| 53130 | Laser Gas | - | 0.00% |
| 53140 | Freight Out - Paid | 33,124.12 | 2.76% |
| 53150 | Freight Expense In | 22,194.04 | 1.85% |
| 53160 | Postage Bulk Mailing | - | 0.00% |
| 53170 | Purchase Discounts | - | 0.00% |
| 53180 | Imprinting Dies | 6,394.50 | 0.53% |
| 53190 | Imprint Dies - Related Exp | - | 0.00% |
| 53195 | Production Dies | 762.65 | 0.06% |
| 53200 | Salaries - Management | 32,195.37 | 2.69% |
| 53300 | Salaries - Production | 11,622.20 | 0.97% |
| 53400 | Direct Labor | 112,897.23 | 9.42% |
| | **TOTAL PRODUCTION COST** | 219,190.11 | 18.29% |
| | **TOTAL COGS / PRODUCTION** | 745,345.11 | 62.18% |
| | **NET GROSS PROFIT** | 453,376.33 | 37.82% |
| | **FACTORY OVERHEAD** | | |
| 56200 | Office Supplies | 1,944.71 | 0.16% |
| 56300 | Art Supplies | 729.00 | 0.06% |
| 56400 | Manufacturing Supplies | 2,213.61 | 0.18% |
| 56500 | Packaging Supplies | 11,392.50 | 0.95% |
| 56600 | Printing Expense | - | 0.00% |
| 56700 | Misc. Equipment | - | 0.00% |
| 56800 | Electric Expense | 95,518.36 | 7.97% |
| 56850 | Elec. Income Magnet | (60,286.77) | -5.03% |
| 56870 | Utilities Gas | - | 0.00% |
| 56900 | Water/Sewer Expense | 3,713.86 | 0.31% |
| 57000 | Trash Expense | 2,109.00 | 0.18% |
| 57100 | Rent - Building | 92,224.50 | 7.69% |
| 57200 | Equipment Lease | 545.55 | 0.05% |
| 57300 | Repairs & Maint - Building | 9,448.50 | 0.79% |
| 57400 | Repairs & Maint - Equip | 2,293.61 | 0.19% |
| 57500 | Misc. Factory Expense | - | 0.00% |
| | **TOTAL FACTORY OVERHEAD** | 161,846.42 | 13.50% |
| | **SELLING EXPENSE-OUT** | | |
| 60200 | Overwrite Commissions | - | 0.00% |
| 60220 | Commissions Paid | 93,765.21 | 7.82% |
| 60240 | Reclaims | (1,624.10) | -0.14% |
| 60260 | Monthly Bonus Commissions | 5,992.72 | 0.50% |
| 60280 | Delivery Bonus | 4,354.00 | 0.36% |
| 62300 | Hiring Bonus | - | 0.00% |
| 60320 | Sales Incentive | 640.00 | 0.05% |
| 60340 | Lodging - Sales Meetings | - | 0.00% |
| 60360 | Housing Sales Reps | - | 0.00% |
| 60400 | Housing - Improvements | - | 0.00% |
| 60440 | Housing - Maint | - | 0.00% |
| 60500 | Spouse Bonus | - | 0.00% |
| 60520 | Sales Meeting Misc | 64.00 | 0.01% |
| 60540 | Convention | - | 0.00% |
| 60550 | Def comp disp. | 933.26 | 0.08% |
| 60600 | Advertising | 300.00 | 0.03% |
| | **TOTAL SELLING EXPENSE-OUT** | 104,425.08 | 8.71% |
| | **SELLING EXPENSE-IN** | | |
| 61000 | Advertising | 2,773.60 | 0.23% |
| 61020 | Commissions WPG | 14,273.60 | 1.19% |
| 61040 | Regional Trade Show | - | 0.00% |
| 61060 | National Trade Shows | 2,435.60 | 0.20% |
| 61080 | Freight for Trade Shows | - | 0.00% |
| 61100 | Samples | - | 0.00% |
| 61120 | Meals/Entertainment | - | 0.00% |
| 61140 | Travel - Tim Roewe | 1,239.20 | 0.10% |
| 61160 | Travel - Others | - | 0.00% |
| 61180 | Catalog Amortization | - | 0.00% |

| Acct | Description | Amount | % |
|---|---|---:|---:|
| 61200 | Postage - Selling | - | 0.00% |
| 61220 | Auto Expense | 1,139.10 | 0.10% |
| 61230 | Show Booth Expense | - | 0.00% |
| | **SELLING EXPENSE-IN** | 21,861.10 | 1.82% |
| | **TOTAL SELLING EXPENSE** | 126,286.18 | 10.54% |
| | **ADMINISTRATIVE** | | |
| 61240 | Misc Sales Expense | - | 0.00% |
| 62000 | Salaried Office/Mgt | - | 0.00% |
| 62010 | Hourly - Office | - | 0.00% |
| 62020 | Salaried Office | 1,400.00 | 0.12% |
| 62022 | Production Mgt | - | 0.00% |
| 62030 | Salaried Art Dept | 11,992.00 | 1.00% |
| 62040 | Salaried - Art Dept Lead | - | 0.00% |
| 62050 | Salaries - Cust Service | 25,480.00 | 2.13% |
| 62080 | Simple Plan | - | 0.00% |
| 62100 | Employee Savings | - | 0.00% |
| 62120 | Employee Benefits | - | 0.00% |
| 62140 | Misc Payroll Deductions | (294.80) | -0.02% |
| 62160 | Client Gifts | 354.68 | 0.03% |
| 62180 | Support | 1,644.09 | 0.14% |
| 62200 | Rent - Office | - | 0.00% |
| 62220 | License & Permits | - | 0.00% |
| 62240 | Telephone Expense | 9,359.80 | 0.78% |
| 62260 | Dues & Subscriptions | 2,974.50 | 0.25% |
| 62280 | Business Development | - | 0.00% |
| 62300 | Telephone Books | - | 0.00% |
| 62320 | Auto Expense | 2,624.15 | 0.22% |
| 62340 | Legal & Accounting | 4,708.75 | 0.39% |
| 62360 | Computer Support | 12,467.50 | 1.04% |
| 62380 | Health Insurance | 4,800.00 | 0.40% |
| 62400 | Health Ins. Emp Share | (2,290.00) | -0.19% |
| 62420 | Life Insurance Key | 602.50 | 0.05% |
| 62440 | Workman's Comp | 11,744.50 | 0.98% |
| 62460 | Liability Ins | - | 0.00% |
| 62480 | Self Insurance | 701.36 | 0.06% |
| 62500 | Management Overwrites | - | 0.00% |
| 62520 | Consulting Fees | - | 0.00% |
| 62540 | Salaries - Officers | - | 0.00% |
| 62560 | Auto Expense | 7,187.50 | 0.60% |
| 62580 | Meals & Entertainment | 150.00 | 0.01% |
| 62600 | Travel | - | 0.00% |
| | **TOTAL ADMINISTRATIVE** | 95,606.52 | 7.98% |
| 74130 | Credit Card Charges | 7,431.34 | 0.62% |
| 74160 | Installment Charges | - | 0.00% |
| 74190 | Collection Fees | - | 0.00% |
| 74210 | Cash Over/Short | - | 0.00% |
| 74220 | Amortization - Loan Fees | - | 0.00% |
| 74230 | Bad Debt | - | 0.00% |
| 74250 | Misc Expense | - | 0.00% |
| 74270 | Interest Income | - | 0.00% |
| 74290 | Scrap Sales | - | 0.00% |
| 74310 | Gain/Loss Sale of Asset | - | 0.00% |
| 74330 | Misc Income from Reps | - | 0.00% |
| 74350 | Misc Income | - | 0.00% |
| | **TOTAL MISC EXP/INCOME** | 7,431.34 | 0.62% |
| 74100 | Donations/Misc | 625.17 | 0.05% |
| 76450 | Interest Expense | 79,589.55 | 6.64% |
| | | | 0.00% |
| | **TOTAL INTEREST** | 80,214.72 | 6.69% |
| | **TAXES AND DEPR.** | | |
| 77100 | Taxes - Property | - | 0.00% |
| 77200 | Taxes - Real Estate | - | 0.00% |
| 77210 | Taxes - Real Estate MAG | - | 0.00% |
| 73200 | Taxes - Annual Registration | - | 0.00% |
| 73300 | Sales Tax | 1,489.25 | 0.00% |
| 73400 | Use Tax | 1,865.32 | 0.12% |

| Account | Description | Amount | % |
|---|---|---|---|
| 73500 | Payroll Taxes - Factory | 21,324.81 | 0.16% |
| 73600 | Payroll Taxes - Office | 2,213.41 | 1.78% |
| 77300 | Amoritization - Loan Fees | - | 0.18% |
| 77400 | Deprec. Exp - Leasehold | - | 0.00% |
| 77500 | Deprec. Exp - Mach & Eq | - | 0.00% |
| 77600 | Deprec. Exp - Furn & Fix | - | 0.00% |
| 77700 | Deprec. Exp - Vehicles | - | 0.00% |
| | **TAXES AND DEPR.** | 26,892.79 | 0.00% |
| | **OTHER EXPENSES** | - | |
| 80100 | Moving Exp = Freight | - | 0.00% |
| 80200 | Moving Exp = Labor | - | 0.00% |
| 80300 | Moving Exp = Maint - Build | - | 0.00% |
| 80400 | Moving Exp = Equip | - | 0.00% |
| 80500 | Moving Exp = Sup/Mat/Misc | - | 0.00% |
| 80600 | Moving Exp = Legal & Account | - | 0.00% |
| 80700 | Moving Exp = Computer Support | - | 0.00% |
| | | - | |
| | **TOTAL OTHER EXPENSES** | | 0.00% |
| | | - | |
| | **NET INCOME/(LOSS)** | (44,901.61) | 0.00% |

**2016 Consolidated Income Statement**  4/10/2017

January 1, 2016 through 12/31/16

| CODE | DESCRIPTION | CONSOLIDATED | % SALES |
|---|---|---:|---:|
|  | **SALES** |  |  |
| 40900 | Sales - Covers | 189,567.00 | 4.96% |
| 40920 | Sales - Magnets | 442,875.00 | 11.59% |
| 40930 | Sales - Map | - | 0.00% |
| 40940 | Sales - Memo Board | 248,957.00 | 6.52% |
| 40950 | Sales - Magnetic Pouch | - | 0.00% |
| 40955 | Sales - Economic Br | - | 0.00% |
| 40960 | Sales - Stuffer Charge | 3,489.44 | 0.09% |
| 40970 | Sales - Business Cards | - | 0.00% |
| 40987 | Sales - Sales Screen Crg | 3,487.00 | 0.09% |
| 40990 | Sales - Dist Products | 28,974.44 | 0.76% |
| 40999 | Sales - SMT | 118,478.40 | 3.10% |
| 41000 | Sales - WPG | 278,457.12 | 7.29% |
| 42000 | Sales - Hazel | 1,278,974.20 | 33.48% |
| 43000 | Sales - The Leather Source | 341,897.00 | 8.95% |
| 44000 | Sales - Laser Specialties | 348,478.20 | 9.12% |
| 45000 | Sales - Chapparal | 29,874.55 | 0.78% |
| 41600 | Sales - Bags | 178,948.54 | 4.68% |
| 41700 | Sales - AAFES | 227,874.27 | 5.96% |
| 41800 | Sales - Freight Out Billed | 167,874.44 | 4.39% |
| 41850 | Sales - Other | 2,478.14 | 0.06% |
|  | **TOTAL SALES** | **3,890,684.74** | **101.84%** |
|  | **RETURNS** |  |  |
| 49000 | Cancelled Contract/ Refund | (8,741.24) | -0.23% |
| 49010 | Returns & Allowances | - | 0.00% |
| 49020 | Contract Credits | - | 0.00% |
| 49030 | Cash Sales Discount | (27,458.11) | -0.72% |
| 49035 | Coupon Discount | - | 0.00% |
| 49040 | Cash Discount. Non Approved | (22,741.87) | -0.60% |
| 49045 | Rebates | - | 0.00% |
| 49050 | Ad Layout Credit | (11,460.00) | -0.30% |
| 49060 | Customer Refunds /overpaid | - | 0.00% |
|  | **TOTAL RETURNS** | **(70,401.22)** | **-1.84%** |
|  | **TOTAL INCOME** | **3,820,283.52** | **100.00%** |
|  | **COST GOODS SOLD** |  |  |
| 51200 | Cost - Covers | 62,557.44 | 1.64% |
| 51220 | Cost - Magnets | 169,860.14 | 4.45% |
| 51240 | Cost - Maps | - | 0.00% |
| 51260 | Cost - Memo Boards | 92,458.35 | 2.42% |
| 51280 | Cost - Magnetic Pouch | - | 0.00% |
| 51300 | Cost - Economic Brochure | - | 0.00% |
| 51320 | Cost - Dist Products | 17,878.14 | 0.47% |
| 51340 | Cost - Other | - | 0.00% |
| 52000 | Cost - Printing | 6,647.87 | 0.17% |
| 51380 | Postage | 38,975.69 | 1.02% |
| 51400 | COGS - WPG | 133,485.10 | 3.49% |
| 51450 | COGS - Hazel | 821,786.21 | 21.51% |
| 51500 | COGS - Leather | 189,478.19 | 4.96% |
| 51550 | COGS - Laser | 204,147.44 | 5.34% |
| 51600 | COGS - Chapparal | 16,787.15 | 0.44% |
| 51601 | COGS - Bags | 157,487.48 | 4.12% |
| 51650 | COGS - SMT | 41,787.31 | 1.09% |
| 51700 | Inventory Variance | 185,689.39 | 4.86% |
| 51750 | Rebates | 10,487.44 | 0.27% |
|  | **TOTAL COST GOODS SOLD** | **1,824,637.41** | **47.76%** |
|  | **Gross Profit** | **1,995,646.11** | **52.24%** |

| | PRODUCTION COST | | |
|---|---|---:|---:|
| 53130 | Laser Gas | 3,214.10 | 0.08% |
| 53140 | Freight Out - Paid | 104,587.14 | 2.74% |
| 53150 | Freight Expense In | 82,145.46 | 2.15% |
| 53160 | Postage Bulk Mailing | - | 0.00% |
| 53170 | Purchase Discounts | - | 0.00% |
| 53180 | Imprinting Dies | 16,457.22 | 0.43% |
| 53190 | Imprint Dies - Related Exp | - | 0.00% |
| 53195 | Production Dies | 3,458.11 | 0.09% |
| 53200 | Salaries - Management | 84,310.75 | 2.21% |
| 53300 | Salaries - Production | 22,458.21 | 0.59% |
| 53400 | Direct Labor | 224,158.08 | 5.87% |
| | **TOTAL PRODUCTION COST** | 540,789.07 | 14.16% |
| | **TOTAL COGS / PRODUCTION** | 2,365,426.48 | 61.92% |
| | | | |
| | **FACTORY OVERHEAD** | | |
| 56200 | Office Supplies | 8,847.91 | 0.23% |
| 56300 | Art Supplies | 5,587.94 | 0.15% |
| 56400 | Manufacturing Supplies | 8,845.87 | 0.23% |
| 56500 | Packaging Supplies | 32,148.44 | 0.84% |
| 56600 | Printing Expense | - | 0.00% |
| 56700 | Misc. Equipment | - | 0.00% |
| 56800 | Electric Expense | 179,457.14 | 4.70% |
| 56850 | Elec. Income Magnet | (121,720.00) | -3.19% |
| 56870 | Utilities Gas | - | 0.00% |
| 56900 | Water/Sewer Expense | 10,874.10 | 0.28% |
| 57000 | Trash Expense | 4,414.14 | 0.12% |
| 57100 | Rent - Building | 342,000.00 | 8.95% |
| 57200 | Equipment Lease | 987.22 | 0.03% |
| 57300 | Repairs & Maint - Building | 18,457.24 | 0.48% |
| 57400 | Repairs & Maint - Equip | 4,214.37 | 0.11% |
| 57500 | Misc. Factory Expense | - | 0.00% |
| | **TOTAL FACTORY OVERHEAD** | 494,114.37 | 12.93% |
| | **SELLING EXPENSE-OUT** | | |
| 60200 | Overwrite Commissions | - | 0.00% |
| 60220 | Commissions Paid | 287,415.78 | 7.52% |
| 60240 | Reclaims | (9,247.55) | -0.24% |
| 60260 | Monthly Bonus Commissions | 18,745.10 | 0.49% |
| 60280 | Delivery Bonus | 17,147.44 | 0.45% |
| 62300 | Hiring Bonus | - | 0.00% |
| 60320 | Sales Incentive | - | 0.00% |
| 60340 | Lodging - Sales Meetings | - | 0.00% |
| 60360 | Housing Sales Reps | - | 0.00% |
| 60400 | Housing - Improvements | - | 0.00% |
| 60440 | Housing - Maint | - | 0.00% |
| 60500 | Spouse Bonus | - | 0.00% |
| 60520 | Sales Meeting Misc | - | 0.00% |
| 60540 | Convention | - | 0.00% |
| 60550 | Def comp disp. | - | 0.00% |
| 60600 | Advertising | - | 0.00% |
| | | - | |
| | **TOTAL SELLING EXPENSE-OUT** | 314,060.77 | 8.22% |
| | **SELLING EXPENSE-IN** | | |
| 61000 | Advertising | 1,247.40 | 0.03% |
| 61020 | Commissions WPG | 48,457.20 | 1.27% |
| 61040 | Regional Trade Show | - | 0.00% |
| 61060 | National Trade Shows | 72,458.98 | 1.90% |
| 61080 | Freight for Trade Shows | - | 0.00% |
| 61100 | Samples | - | 0.00% |
| 61120 | Meals/Entertainment | - | 0.00% |
| 61140 | Travel - Tim Roewe | 18,457.14 | 0.48% |
| 61160 | Travel - Others | - | 0.00% |
| 61180 | Catalog Amortization | - | 0.00% |

| Account | Amount | % |
|---|---:|---:|
| 61200 Postage - Selling | - | 0.00% |
| 61220 Auto Expense | 4,752.10 | 0.12% |
| 61230 Show Booth Expense | - | 0.00% |
| **SELLING EXPENSE-IN** | 145,372.82 | 3.81% |
| **TOTAL SELLING EXPENSE** | 459,433.59 | 12.03% |
| **ADMINISTRATIVE** | | |
| 61240 Misc Sales Expense | - | 0.00% |
| 62000 Salaried Office/Mgt | - | 0.00% |
| 62010 Hourly - Office | 42,424.13 | 1.11% |
| 62020 Salaried Office | 13,780.00 | 0.36% |
| 62022 Production Mgt | - | 0.00% |
| 62030 Salaried Art Dept | 32,887.00 | 0.86% |
| 62040 Salaried - Art Dept Lead | - | 0.00% |
| 62050 Salaries - Cust Service | 58,457.24 | 1.53% |
| 62080 Simple Plan | - | 0.00% |
| 62100 Employee Savings | - | 0.00% |
| 62120 Employee Benefits | (450.00) | -0.01% |
| 62140 Misc Payroll Deductions | (489.44) | -0.01% |
| 62160 Client Gifts | - | 0.00% |
| 62180 Support | 2,489.60 | 0.07% |
| 62200 Rent - Office | - | 0.00% |
| 62220 License & Permits | - | 0.00% |
| 62240 Telephone Expense | 22,789.10 | 0.60% |
| 62260 Dues & Subscriptions | 4,288.50 | 0.11% |
| 62280 Business Development | - | 0.00% |
| 62300 Telephone Books | - | 0.00% |
| 62320 Auto Expense | 3,345.10 | 0.09% |
| 62340 Legal & Accounting | - | 0.00% |
| 62360 Computer Support | 28,784.51 | 0.75% |
| 62380 Health Insurance | 10,874.11 | 0.28% |
| 62400 Health Ins. Emp Share | (3,148.22) | -0.08% |
| 62420 Life Insurance Key | 1,205.00 | 0.03% |
| 62440 Workman's Comp | 27,894.54 | 0.73% |
| 62460 Liability Ins | - | 0.00% |
| 62480 Self Insurance | 2,248.14 | 0.06% |
| 62500 Management Overwrites | - | 0.00% |
| 62520 Consulting Fees | - | 0.00% |
| 62540 Salaries - Officers | - | 0.00% |
| 62560 Auto Expense | 1,458.11 | 0.04% |
| 62580 Meals & Entertainment | - | 0.00% |
| 62600 Travel | 1,278.54 | 0.03% |
| **TOTAL ADMINISTRATIVE** | 250,115.96 | 6.55% |
| 74130 Credit Card Charges | (30,478.14) | -0.80% |
| 74160 Installment Charges | - | 0.00% |
| 74190 Collection Fees | - | 0.00% |
| 74210 Cash Over/Short | - | 0.00% |
| 74220 Amoritization - Loan Fees | - | 0.00% |
| 74230 Bad Debt | - | 0.00% |
| 74250 Misc Expense | - | 0.00% |
| 74270 Interest Income | - | 0.00% |
| 74290 Scrap Sales | - | 0.00% |
| 74310 Gain/Loss Sale of Asset | - | 0.00% |
| 74330 Misc Income from Reps | (548.11) | -0.01% |
| 74350 Misc Income | - | 0.00% |
| **TOTAL MISC EXP/INCOME** | (31,026.25) | -0.81% |
| 74100 Donations/Misc | 2,245.55 | 0.06% |
| 76450 Interest Expense | 208,478.24 | 5.46% |
| **TOTAL INTEREST** | 210,723.79 | 5.52% |
| **TAXES AND DEPR.** | | |
| 77100 Taxes - Property | - | 0.00% |
| 77200 Taxes - Real Estate | - | 0.00% |
| 77210 Taxes - Real Estate MAG | - | 0.00% |
| 73200 Taxes - Annual Registration | - | 0.00% |
| 73300 Sales Tax | 3,108.45 | 0.08% |
| 73400 Use Tax | 4,897.54 | 0.13% |

| Account | Description | Amount | % |
|---|---|---:|---:|
| 73500 | Payroll Taxes - Factory | 15,478.45 | 0.41% |
| 73600 | Payroll Taxes- Office | 3,678.28 | 0.10% |
| 77300 | Amoritization - Loan Fees | - | 0.00% |
| 77400 | Deprec. Exp - Leasehold | - | 0.00% |
| 77500 | Deprec. Exp - Mach & Eq | - | 0.00% |
| 77600 | Deprec. Exp - Furn & Fix | - | 0.00% |
| 77700 | Deprec. Exp - Vehicles | - | 0.00% |
| | **TAXES AND DEPR.** | **27,162.72** | **0.71%** |
| | **OTHER EXPENSES** | | |
| 80100 | Moving Exp = Freight | - | 0.00% |
| 80200 | Moving Exp = Labor | - | 0.00% |
| 80300 | Moving Exp = Maint - Build | - | 0.00% |
| 80400 | Moving Exp = Equip | - | 0.00% |
| 80500 | Moving Exp = Sup/Mat/Misc | - | 0.00% |
| 80600 | Moving Exp = Legal & Account | - | 0.00% |
| 80700 | Moving Exp = Computer Support | - | 0.00% |
| | **TOTAL OTHER EXPENSES** | **-** | **0.00%** |
| | **NET INCOME/(LOSS)** | **(17,719.64)** | **-0.46%** |

**2016 Consolidated Balance Sheet**     4/10/2017
**DAC BALANCE SHEET**
January 1, 2016 through December 31, 2016

| CODE | DESCRIPTION | CONSOLIDATED |
|---|---|---:|
| 11200 | Cash in Bank | 18,789.14 |
| 11400 | Petty Cash | 1,845.20 |
| | **TOTAL CASH** | **20,634.34** |
| 12100 | Accounts Receivable | 492,479.82 |
| 12300 | Due to Reps | - |
| 12600 | Advance to Employees | - |
| 13200 | Inventory | 1,403,058.21 |
| 13400 | Catalog | 22,487.00 |
| 14200 | Advance to Reps | - |
| 14400 | Prepaid Expenses | 44,787.24 |
| 14600 | Due From Tim | - |
| 14500 | Due From WPG | - |
| 14655 | Due From Show Me Trophy | - |
| | **TOTAL REC/PREPAID EXP** | **1,962,812.27** |
| | **TOTAL CURRENT ASSETS** | **1,983,446.61** |
| 16200 | Leasehold Improvements | 37,790.77 |
| 16400 | Machinery & Equipment | 1,292,229.50 |
| 16600 | Furniture & Fixtures | 187,780.30 |
| 16650 | Show Vehicles/Trailers | 163,500.00 |
| 16700 | Vehicles | 266,080.87 |
| 17200 | A/D -Leasehold Improvement | (18,437.00) |
| 17400 | A/D - Machinery & Equip | (1,164,993.00) |
| 17600 | A/D - Furniture & Fixtures | (187,154.00) |
| 17800 | A/D - Vehicles | (386,296.00) |
| | **TOTAL DEPRECIATION** | **190,501.44** |
| 18150 | Deferred Comp Plan | - |
| 18400 | Sales Tax Bond | 200.00 |
| 18500 | 8 Shares Wash Civ Bond | 200.00 |
| 18600 | Prepaid Loan Fees | - |
| 18650 | Accum Amortization | - |
| 18655 | Covenant Not to Compete | 2,000.00 |
| 18656 | Accum Amortization | (828.00) |
| 18660 | Goodwill | 7,000.00 |
| 18661 | Accum Amortization | (2,378.00) |
| | **TOTAL OTHER ASSETS** | **6,194.00** |
| | **TOTAL ASSETS** | **2,180,142.05** |
| 21200 | Accounts Payable | 279,962.19 |
| 21300 | Commissions Payable | - |
| 21400 | Customer Deposits | - |

|  |  |  |
|---|---|---|
| 21500 | Customer Deposits | - |
| 21600 | Sales Tax Payable | - |
| 21700 | Wages Payable | - |
|  |  | - |
|  | **TOTAL ACCOUNTS PAYABLE** | **279,962.19** |

| CODE | DESCRIPTION | CONSOLIDATED |
|---|---|---|
| 22000 | Federal Tax Withholding | - |
| 22100 | FICA/Medicare Withholding | 378.44 |
| 22200 | State Withholding | 2,108.57 |
| 22400 | Futa Withholding | 1,647.41 |
| 22600 | Suta Withholding | (784.32) |
| 22700 | Sales Tax Payable | 1,124.77 |
| 22800 | Misc Payroll Deductions | - |
| 22900 | Simple Plan | - |
| 22910 | Employee Savings | - |
| 22920 | Taxes | - |
|  | **TOTAL TAXES PAYABLE** | **4,474.87** |
| 26200 | N/P First State Bank | 589,457.00 |
| 26201 | N/P Biz2Credit | 398,741.00 |
| 26202 | N/P New Frontier Bank-4 color | 76,248.00 |
| 26205 | N/P Bank of Washington LOC |  |
| 26206 | N/P BW Hazel LOC |  |
| 26455 | N/P Tim Roewe | 426,276.27 |
| 26457 | N/P Concordia Bank | - |
| 26458 | N/P New Frontier Bank | 432,240.00 |
| 26650 | Due to WPG/DAC/SMT | - |
|  |  | - |
|  | **TOTAL LONG TERM LIABILITIES** | **1,922,962.27** |
| 31100 | Common Stock | 2,000.00 |
| 31200 | Retained Earnings | (465,115.62) |
| 31300 | Current Earnings | (17,719.64) |
| 31400 | Treasury Stock | (700,000.00) |
| 31500 | Additional contributed capital | 1,153,577.98 |
| 32000 | Dividends | - |
| 33300 | Suspense Account | - |
|  |  | - |
|  | **TOTAL SHAREHOLDERS EQUITY** | **(27,257.28)** |
|  | **TOTAL LIAB/OWN EQUITY** | **2,180,142.05** |

0.00

B26 (Official Form 26)– Cont.

### Exhibit C
### Description of Operations for [name of entity]

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

DAC Inc has 3 main divisions.

Dir Ad Co - is a direct sales company that sells display, direct mail advertising to small business. WPL produces what DAC sells, mainly magnetic memo boards, State Shaped Magnets, 4"x9" magnets and phone book covers. Phone book covers have been phased out almost completely.

WPG - Washington Promotional Group is a wholesale manufacturer of Promotional products. We sell through distributors that sell to the end user. We make office products, awards & Gifts

SMT - Show Me Throphies is a retail trophy store.

Form B26- Rule 2015.3
Rev. 1/15/14

B26 (Official Form 26) (01/14)

# United States Bankruptcy Court
### Eastern District of Missouri

In re Timothy M. Roewe + Long S. Roewe, Debtor

Case No. 17-47469

Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of 11/22/17 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| TMR LLC | 100% | |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

### THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Form B26- Rule 2015.3
Rev. 1/15/14

B26 (Official Form 26)– Cont.

Date: _____

_____
Signature of Authorized Individual

_____
Name of Authorized Individual

_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

Form B26- Rule 2015.3
Rev. 1/15/14

B26 (Official Form 26)– Cont.

## Exhibit A
### Valuation Estimate for [Name of Entity]

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

TMR LLC is a single assett LLC. The assett is a 165,000 sq ft building located at 1100 Stafford St Washington, MO 63090. This building was appraised at $5,440,000.00 in March of 2016. Appraisal was ordered by New Frontier Bank.

B26 (Official Form 26)– Cont.

**Exhibit B**
**Financial Statements for [Insert Name of Entity]**

TMR LLC does not file seperate tax returns.

Income for 1-1-17 to 6-30-17 is

Rent from Magnet     $150,385.44
Rent from DAC        $48,250.01
(Paid to Tindlow Roene)
Income from Expenses $57,715.97
paid for Magnt Dev
& reimbursed.

Income               $256,351.42

Paid Expenses        $57,715.97
Utilities/Gas/Water
Paid to Tindlow Roene $198,635.45

NET                  —0—

Form B26- Rule 2015.3
Rev. 1/15/14

B26 (Official Form 26)– Cont.

### Exhibit B-1
### Balance Sheet for [Name of Entity]
As of [date]

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

TMR LLC has no Balance Sheet. Its only Assett is 1100 Stafford St.

Outstanding debt or bills owed is for 2015 & 2016 Property Taxes estimated at $160,000 with past due penalties applied.

B26 (Official Form 26)– Cont.

**Exhibit B-2**
**Statement of Income (Loss) for [Name of Entity]**
Period ending [date]

[Provide a statement of income (loss) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

For 2016 TMR LLC's estimated Income and expenses are

| | |
|---|---|
| Rent Magnet | $ 298,415.98 |
| Rent DAC | $ 360,000.00 |
| Expenses Reimburse | $ 116,907.52 |
| Magnet – Utilities | $ 10,083.32 |
| Ins Magnet | $ 39,229.80 |
| Taxes Magnet | |
| Income | **$ 824,636.52** |
| Expenses | $ 188,452.50 |
| Int. est. | $ 116,907.52 |
| Utilities Paid | $ 10,083.32 |
| Ins. Paid | |
| | **$ 315,443.34** |
| Expenses, net | **$ 509,193.18** |

Form B26- Rule 2015.3
Rev. 1/15/14