B26 (Official Form 26) (01/14)

# United States Bankruptcy Court
_Eastern_ District of _Missouri_

In re _Timothy M. Roeure + Lona S. Roeure_   Case No. _17-47469_
Debtor                                        Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of _9/22/18_ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Niagua Falls Resort LLC | 100% | |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Form B26- Rule 2015.3
Rev. 1/15/14

B26 (Official Form 26)– Cont.

Date: 9/21/18

_____
Signature of Authorized Individual

_____
Name of Authorized Individual

Timothy M Lorent

_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

_____
Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

B26 (Official Form 26)– Cont.

### Exhibit A
### Valuation Estimate for [Name of Entity]

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

Value of Niagara Falls Resort LLC is 0/. (NFR) had no assets. All items purchased for the use of NFR was owned by Reeve LLC or Tim Reeve personally.

B26 (Official Form 26)– Cont.

**Exhibit B**
**Financial Statements for [Insert Name of Entity]**

See Attached for 2017.

No Income or expense for 2018 Closed business in 2017 End of Season.

| NIANGUA FALLS LLC | YEARS | 2017 | |
|---|---|---|---|
| **199 WHARF PLACE** | | | |
| INCOME | | | |
|    SALES | | $ | 33,747 |
| TOTAL INCOME | | $ | 33,747 |
| EXPENSES | | | |
|    COGS | | $ | 15,422 |
|    PAYROLL | | $ | 20,248 |
|    CONSULTANTS | | $ | 12,488 |
|    UTILITIES/WASTE/SECURITY/TV | | $ | 5,788 |
| | | $ | 53,946 |
| SALES TAX | | $ | 1,267 |
| PAYROLL WITHHOLDING TAX | | $ | 3,580 |
| | | $ | 4,847 |
| INSURANCE | | $ | 17,110 |
| FLOOD INSURANCE | | $ | 5,107 |
| TOTAL INSURANCE | | $ | 22,217 |
| INTEREST | | | |
|    BANK STAR ONE / CENTRAL BANK | | $ | 30,536 |
|    BRINKS | | $ | - |
| PERMITS | | $ | 3,726 |
| SURVEY / PROFESSIONAL FEES | | $ | 900 |
| REPAIR- | | | |
|    RESTAURANT | | $ | 6,068 |
|    POOL EQUPMENT REPAIR | | $ | 1,800 |
|    RESTAURANT EQUIP. REPAIR | | $ | 1,809 |
|       TOTAL EQUIP | | $ | 9,677 |
| TOTAL ALL EXPENSES | | $ | 125,850 |
| TOTAL ALL | | $ | (92,103) |
| OTHER EXPENSES | | | |
|    CONSTRUCTION | | | |
|       DOCKS | | $ | - |
|       BREAKWATER | | $ | - |
|       TOTAL | | $ | - |
|    CONST. / POOL / REST | | | |
|       EXCAVATING | | $ | - |
|       CONCRETE / ASPH | | $ | - |
|       RESTAURANT CONSTRUC. | | $ | - |
|       ELECTRIC / PLUMBING | | $ | - |
|       POOL CONSTRUCTION | | $ | - |
|       POOL BAR CONSTRUCTION | | $ | 14,864 |
|          TOTAL CONSTR. | | $ | 14,864 |
|    TOTAL ALL CONSTRUCTION | | $ | 14,864 |

*[Handwritten annotation bracketing the Other Expenses / Construction section: "NOT NFR EXPENSES."]*

B26 (Official Form 26)– Cont.

**Exhibit B-1**
**Balance Sheet for [Name of Entity]**
As of [date]

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

B26 (Official Form 26)– Cont.

## Exhibit C
## Description of Operations for [name of entity]

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

(NFR) was a Restaurant at the Lake of the Ozarks in Gunderton, Mo. The property was owned by Roeune LLC was Rented by (NFR) – 2017 We closed the business – no rent was paid. There was Ø activity for 2018