UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re   TMR, LLC (LEAD CASE) | ) | |
| | ) | Case No.17-45907-705 |
| | ) | Chapter 11 |
| Debtors. | ) | **Re: Roewe Doc. 78** |
| | ) | |
| In re TIMOTHY & LONA ROEWE, | ) | **Case No. 17-47469-705** |
| | ) | Response Due: February 5, 2019 |
| | ) | Hearing Date: February 12, 2019 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | Location Courtroom 7 South |

**ORDER ALLOWING CLAIM #20 AS AN UNSECURED CLAIM NOT ENTITLED TO PAYMENT FROM THIS DEBTOR**

Debtors, Timothy & Lona Roewe's Objection to Claim No. 20 of Plastic Film Corporation ("Claimant") in the amount of $39,990.46 having been filed on January 21, 2019; it appearing that the claim is scheduled to be paid in the DAC, Inc. Case; Claimant's Counsel having orally withdrawn its Response to the Objection at the hearing on February 12, 2019, the parties having resolved this matter;

IT IS THEREFORE ORDERED THAT: Debtor's Objection to the Claim of Claimant is granted in part and sustained in part and Claim No. 20 is hereby allowed as an unsecured claim, with Claimant being entitled to no payment on its claim in the Roewe Case (17-47469) and payment to be made as an unsecured claim in the DAC, Inc. Case (17-48021).

IT IS FURTHER ORDERED THAT: within three (3) business days of entry of this Order, counsel for Debtors shall serve a copy of this Order on all parties entitled to notice, and shall file a certificate of service within one (1) business day of service.

DATED: February 27, 2019
St. Louis, Missouri 63102
mtc

*Charles E Rendlen III*
CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

Order Prepared By:
David M. Dare
Herren, Dare & Streett
439 S. Kirkwood Rd., Ste. 204
St. Louis, MO 63122

(L.F. 10 Rev. 12/1/16)